No. ________

# In the United States Court of Appeals for the Fifth Circuit

———————————————————————

IN RE MEDIA MATTERS FOR AMERICA; ERIC HANANOKI; AND ANGELO CARUSONE,

*Petitioners.*

---

Petition for Writ of Mandamus from the
United States District Court for the Northern District of Texas,
Case No. 4:23-cv-01175

---

## UNOPPOSED MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS AND APPENDIX UNDER SEAL

---


Justin A. Nelson
*Counsel of Record*
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
T: (713) 651-9366
F: (713) 654-6666
*jnelson@susmangodfrey.com*

Dwight P. Bostwick
Shawn P. Naunton
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 19th Floor
New York, New York 10022
*dbostwick@zuckerman.com*
*snaunton@zuckerman.com*

Matthew C. Behncke
Alex Foulkes Grafton
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
T: (713) 651-9366
F: (713) 654-6666
*mbehncke@susmangodfrey.com*
*agrafton@susmangodfrey.com*

Katherine M. Peaslee
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
T: (206) 516-3880
F: (206) 516-3883
*kpeaslee@susmangodfrey.com*

COUNSEL FOR PETITIONERS
*Media Matters for America; Eric Hananoki; and Angelo Carusone*

## UNOPPOSED MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS AND APPENDIX UNDER SEAL

Pursuant to Fifth Circuit Rule 25.2.8, Media Matters for America respectfully moves for leave to file its second Petition for Writ of Mandamus and Appendix in support under seal. Respondent X Corp. does not oppose this motion.

On May 19, 2025, Media Matters filed a petition for writ of mandamus in this Court (Case No. 25-10630) seeking to vacate the district court's order denying transfer of venue. This Court granted Media Matters' petition and ordered the district court to conduct a more complete venue analysis. *In re Media Matters for Am.*, No. 25-10630, 2026 WL 2453373 (5th Cir. Aug. 21, 2026). On September 22, 2025, the district court again denied transfer. On August 21, 2026, this Court issued an order clarifying that any challenge to the district court's new venue ruling must come through a new mandamus petition. Media Matters now files this second Petition for Writ of Mandamus.

Media Matters' second Petition for Writ of Mandamus cites and quotes documents produced by X Corp. for which X Corp. sought and

obtained confidential sealing treatment in the district court based on the parties' confidentiality agreement. *Order*, *X Corp. v. Media Matters for Am.*, No. 4:23-CV-01175 (N.D. Tex. Apr. 15, 2025) (Dkt. 177). The confidential material largely consists of the same materials that were filed under seal in connection with Media Matters' prior Petition for Writ of Mandamus (Case No. 25-10630), as well as additional materials from supplemental briefing that X Corp. has designated as confidential.

X Corp. has informed Media Matters that it does not oppose this motion and believes the same sealing treatment is warranted for this second petition. As such, Media Matters requests that this Court permit it to file its second Petition for Writ of Mandamus and Appendix in support under seal.

## PRAYER

In light of X Corp.'s position described above, Media Matters respectfully requests that this Court enter an order allowing Media Matters to file its second Petition for Writ of Mandamus and Appendix in support under seal.

DATED: September 18, 2026

Respectfully submitted,

*Justin A. Nelson*
Justin A. Nelson
*Counsel of Record*

COUNSEL FOR PETITIONERS
*Media Matters for America; Eric Hananoki; and Angelo Carusone*

## CERTIFICATE OF CONFERENCE

I certify that counsel for Media Matters contacted counsel for X Corp., who confirmed that X Corp. does not oppose the requested relief and does not intend to file an opposition. *See* 5th Cir. R. 27.4.

/s/ *Justin A. Nelson*
*Counsel of Record*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2026, a true and correct copy of the foregoing was served via email on all counsel of record.

/s/ *Justin A. Nelson*
*Counsel of Record*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word for Microsoft 365. *See* FED. R. APP. P. 27(d)(1)(E).

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 332 words.

I certify that:

(1) any required privacy redactions have been made, 5th Cir. R. 25.2.13;

(2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and

(3) the document has been scanned for viruses with the most recent version of a commercial virus-scanning program and is free of viruses.

/s/ *Justin A. Nelson*
*Counsel of Record*